FILED
CLERK, U.S. DISTRICT COURT
JAN 24 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC VALDERRAMA,<br><br>        Petitioner,<br>vs.<br>M. McDONALD, Warden<br>        Respondent. | Case No. CV 10-8113 DMG (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

DATE: 1-24-12

_____
HON. DOLLY M. GEE
UNITED STATES DISTRICT JUDGE