UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC VALDERRAMA,<br><br>               Petitioner,<br>vs.<br>M. McDONALD, Warden,<br><br>               Respondent. | Case No. CV 10-8113 DMG (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: 1-24-12

_____
HON. DOLLY M. GEE
UNITED STATES DISTRICT JUDGE